UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Sabrina Jones-Smith )
)
) Case No.: 18-68614
)
) Chapter: 7
)

Debtor(s)

**EMERGENCY Motion To Impose Stay**

I Sabrina Jones-Smith request the courts to grant emergency and impose a stay of my property; property address at 813 Rock Lane Mcdonough, Ga 30253. I filed Chapter 7 on 11/5/18 in good faith. I had 2 major medical setbacks this earlier part of the year that affected me financially resulted in having to file and request the court for relief. I request for the stay as I am actively working to get my mortgage modified & back in good standing.

Dated: 11/6/18

Signature: /s/ Sabri JS

Printed Name: Sabrina Jones-Smith

Address: 813 Rock Lane
Mcdonough, Ga 30253

Phone: 706-363-3895

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2018 NOV -6 PH 1:18
M. REGINA THOMAS
CLERK
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Sabrina Jones-Smith )    Case No: 18-68614
_____ )    Chapter 7
                        )
                        )
                        )
Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 6th day of Nov, 2018 I served a copy of

_____

which was filed in this bankruptcy matter on the 6th day of Nov, 2018.

Mode of service (check one):    ◯ MAILED    ◯ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

FCI Lender Services    PO Box 27370 Anaheim, CA 92809

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: Nov. 6th, 2018    Signature: [signed]

Printed Name: Sabrina Jones-Smith

Address: 813 Rock Lane
McDonough, GA 30253

Phone: 706-363-3895

(Generic Certificate of Service – Revised 4/13)