**IT IS ORDERED as set forth below:**

**Date: November 6, 2018**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| **IN THE MATTER OF:** | : | **CASE NUMBER** |
|---|---|---|
| SABRINA JONES-SMITH, | : | 18-68614-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

## ORDER AND NOTICE OF HEARING

On November 6, 2018, Debtor filed an Emergency Motion to Impose Stay (Doc. No. 6). For good cause shown, it is hereby

ORDERED that a hearing on Debtor's *Emergency Motion to Impose Stay* (Doc No. 6) will be held on **November 15, 2018, at 9:30 a.m.** in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

The Clerk shall serve a copy of this Order and Notice on the Chapter 7 Trustee, the Debtor,

and all creditors.

**END OF DOCUMENT**

2

Case 18-68614-lrc    Doc 9    Filed 11/06/18    Entered 11/06/18 16:24:20    Desc Main
Document      Page 2 of 2