**IT IS ORDERED as set forth below:**

**Date: November 6, 2018**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| SABRINA JONES-SMITH, | : | 18-68614-LRC |
| | : | |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

### ORDER AND NOTICE OF HEARING

On November 6, 2018, Debtor filed an Emergency Motion to Impose Stay (Doc. No. 6). For good cause shown, it is hereby

ORDERED that a hearing on Debtor's *Emergency Motion to Impose Stay* (Doc No. 6) will be held on **November 15, 2018, at 9:30 a.m.** in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

The Clerk shall serve a copy of this Order and Notice on the Chapter 7 Trustee, the Debtor,

and all creditors.

**END OF DOCUMENT**

2

United States Bankruptcy Court
Northern District of Georgia

In re:  
Sabrina Jones-Smith  
    Debtor

Case No. 18-68614-lrc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: cdl2     Page 1 of 1     Date Rcvd: Nov 06, 2018  
                   Form ID: pdf534     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
```
db            +Sabrina Jones-Smith,    813 Rock Lane,    McDonough, GA 30253-4318
21939467      +FCI Lender Services Inc.,    PO Box 27370,    Anaheim, CA 92809-0112
21939466       Southeast Toyota Finance,    PO Box 70832,    Charlotte, NC  28272-0832
21939468      +iStorage,    1925 Brannan Rd.,    McDonough, GA 30253-4311
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
```
              Neil C. Gordon    angela.ford@agg.com, carol.stewart@agg.com;ngordon@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                             TOTAL: 2
```