**IT IS ORDERED as set forth below:**

**Date: November 15, 2018**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| SABRINA JONES-SMITH, | : | 18-68614-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

**ORDER GRANTING MOTION TO IMPOSE AND EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Before the Court is the Debtor's Emergency Motion to Impose Stay (the "Motion") (Doc. 6). The Motion came on for hearing on November 15, 2018, at which time Debtor made an oral request for an extension of time to file her remaining schedules and statement of financial affairs (the "Request"). No objections having been filed or raised at the hearing, and for cause shown, the Motion and the Request

are **GRANTED;**

**IT IS ORDERED** that, pursuant to 11 U.S.C. § 362(c)(4) of the Bankruptcy Code, a stay shall take effect in this case as to all creditors as of the date of the entry of this Order and shall remain in effect until such stay is modified or terminated by a further order of the Court or as a matter of law, as provided in § 362(c);

**IT IS FURTHER ORDERED** that Debtor shall have through and including **November 26, 2018**, within which to file the documents listed in the Clerk's Notice of Deadlines to Correct Filing Deficiencies (Doc. 7).

### END OF DOCUMENT

**Distribution List**

**Sabrina Jones-Smith**
813 Rock Lane
McDonough, GA 30253

**Neil C. Gordon**
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

**FCI Lender Services Inc.**
PO Box 27370
Anaheim, CA 92809

**iStorage**
1925 Brannan Rd.
McDonough, GA 30253

**Southeast Toyota Finance**
PO Box 70832
Charlotte, NC 28272-0832

3