**IT IS ORDERED as set forth below:**

**Date: February 1, 2019**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| SABRINA JONES-SMITH, | : | 18-68614-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

**ORDER ON MOTION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR EMERGENCY HEARING OF NON VALIDATION OF FORECLOSURE SALE AND MOTION OF CREDITOR VIOLATION OF RELIEF OF STAY**

On January 17, 2019, Debtor filed a Motion for Emergency Hearing of Non Validation of Foreclosure Sale and Motion of Creditor Violation of Relief of Stay (the "Motion") (Doc. No. 29). The Motion contained only one page of what appeared to have been a multi-page document. On January 22, 2019, the Court

directed Debtor to file an amended motion. Debtor filed an amended motion on January 23, 2019 (the "Amended Motion"), and the Court scheduled a hearing on the amended motion for February 7, 2019. The entities against whom Debtor seeks relief, Igor Stephens, Esq. ("Mr. Stephens"), Rubin Lublin, LLC ("Rubin Lublin"), FCI Lender Services, Inc. ("FCI"), and Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit opportunities Trust V ("Wilmington" and, collectively, the "Respondents") seek a continuance of the hearing to the Court's next calendar date (Doc. 40). The Respondents have also objected to the scheduling of any hearing until such time as Debtor has served the Amended Motion on the Respondents in accordance with Rule 7004 of the Federal Rules of Bankruptcy Procedure.

The Court agrees with the Respondents that Debtor has not served the Amended Motion in accordance with Rule 7004. Debtor mailed the Amended Motion to FCI, but did not comply with the requirements of Rule 7004(b)(3), which requires service upon a corporation, such as FCI, by mailing a copy of the Amended Motion to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by

2

also mailing a copy to the respondent. Debtor failed to even attempt to serve the other Respondents, some of which may have special service requirements. *See, e.g.*, Fed. R. Bankr. P. 7004(h) (service on insured depository institutions). Therefore,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the hearing previously scheduled for February 7, 2019, is **CANCELLED** and will not proceed;

IT IS FURTHER ORDERED that, if Debtor serves the Amended Motion and files a certificate of service indicating service in accordance with Fed. R. Bankr. P. 7004, the Court will reschedule the hearing on the Amended Motion.

**END OF DOCUMENT**

**Distribution List**

**Sabrina Jones-Smith**
813 Rock Lane
McDonough, GA 30253

**Neil C. Gordon**
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

**FCI Lender Services LLC**
P.O. Box 27370
Anaheim, CA 92809

Henry County Magistrate Court

One Judicial Center, Suite 260
McDonough, GA 30253
**Bret Chaness**
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071

4

Case 18-68614-lrc   Doc 42   Filed 02/01/19   Entered 02/01/19 10:49:14   Desc Main
Document    Page 4 of 4