**IT IS ORDERED as set forth below:**

**Date: March 4, 2019**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| SABRINA JONES-SMITH, | : | 18-68614-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

**ORDER ON DEBTOR'S MOTION FOR EMERGENCY HEARING OF NON VALIDATION OF FORECLOSURE SALE AND MOTION OF CREDITOR VIOLATION OF RELIEF OF STAY**

On January 23, 2019, Debtor filed her Amended Motion for Emergency Hearing of Non Validation of Foreclosure Sale and Motion of Creditor Violation of Relief of Stay (the "Motion") (Doc. No. 34), and the Court scheduled a hearing on the Motion for February 7, 2019. The entities against whom Debtor seeks relief,

Igor Stephens, Esq. ("Mr. Stephens"), Rubin Lublin, LLC ("Rubin Lublin"), FCI Lender Services, Inc. ("FCI"), and Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit opportunities Trust V ("Wilmington" and, collectively, the "Respondents"), sought a continuance of the hearing and objected to the scheduling of any hearing until such time as Debtor has served the Motion in accordance with Rule 7004 of the Federal Rules of Bankruptcy Procedure. (Doc. No. 40). On February 1, 2019, the Court granted the Respondents' request for a continuance and directed Debtor to serve properly the Motion. (Doc. No. 42).

Debtor filed an amended certificate of service evidencing service of the Motion by first class mail upon Rubin Lublin LLC, FCI, and Wilmington. (Doc. No. 43). Rule 7004(b)(3) requires service upon a domestic or foreign corporation or upon a partnership or other unincorporated association, such as Rubin Lublin, FCI, and Wilmington, "by mailing a copy of the summons and complaint to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process." Fed. R. Bankr. P. 7004. Further, Rule 7004(h) provides that "[s]ervice on an insured depository institution (as defined in section 3 of the Federal Deposit Insurance Act) in a contested matter or

2

adversary proceeding shall be made by certified mail addressed to an officer of the institution unless-- (1) the institution has appeared by its attorney, in which case the attorney shall be served by first class mail; (2) the court orders otherwise after service upon the institution by certified mail of notice of an application to permit service on the institution by first class mail sent to an officer of the institution designated by the institution; or (3) the institution has waived in writing its entitlement to service by certified mail by designating an officer to receive service." Fed. R. Bankr. P. 7004(h).

    Debtor has failed to serve Rubin Lublin in accordance with Rule 7004(b)(3), as the amended certificate of service does not evidence that the Motion was sent to the attention of a member of Rubin Lublin.  Debtor has also failed to serve Stephens properly by mailing the Motion to his attention at his "dwelling house or usual place of abode" or to the place where Stephens regularly conducts a business or profession. Fed. R. Bankr. P. 7004(b)(1).  Finally, it is not clear that Debtor has served Wilmington in accordance with Rule 7004(h) and FCI in accordance with Rule 7004(b)(3) because Debtor did not send the Motion *via* certified mail to the attention of an officer of Wilmington and did not sent the Motion to the attention of an officer of FCI.  Debtor did mail the Motion to Rubin Lublin, an attorney that has, arguably,

appeared in this matter on behalf of Wilmington and FCI. The notice of appearance filed by Rubin Lublin, however, specifically states that the notice of appearance is made "without waiving service of process of [sic] otherwise waiving any rights."

In the interest of moving forward to resolve this matter, the Court will hold a hearing on the Motion on **March 28, 2019**, at 10:15 a.m. in Courtroom 1202, U.S. Courthouse & Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. If any Respondent contends that service of process has not been perfected, such defense may be raised at the hearing, or a request for dismissal of the Motion for insufficient service of process may be filed in advance of the hearing.

**END OF DOCUMENT**

**Distribution List**

**Sabrina Jones-Smith**
813 Rock Lane
McDonough, GA 30253

**Neil C. Gordon**
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

**FCI Lender Services LLC**
P.O. Box 27370
Anaheim, CA 92809

**Bret Chaness**
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071

**Wilmington Savings Fund Society FSB**
dba Residential Credit Opportunities Trust V
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071