# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

SABRINA JONES SMITH,

    Debtor.

Case No. 18-68614-lrc
Chapter 7

## NOTICE OF ASSIGNMENT OF HEARING

    NOTICE IS HEREBY GIVEN that Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit opportunities Trust V[1] and FCI Lender Services filed a Motion Set Aside Order Imposing Stay with the Court seeking an order setting aside the Court's November 15, 2018 Order Imposing the Automatic Stay, and hearing will be held on the Motion for Relief from Automatic Stay **in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 10:15 AM on April 11, 2019.**

    Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive S.W., Suite 1340, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

---

[1] Wilmington has been inaccurately identified as Wilmington Savings Fund Society, FSB, D/B/A Residential Credit Opportunities Trust V, its full name is Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit opportunities Trust V.

This 26th day of March, 2019

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Attorney for Deutsche Bank National Trust Company, as Trustee for WaMu Mortgage Pass-Through Certificates, Series 2005-AR16*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day the within and foregoing, along with a copy of the Motion to Set Aside Order Imposing Stay [Doc. 53] was served by depositing a copy in the U.S. mail, postage prepaid, properly addressed to the following:

Sabrina Jones-Smith
813 Rock Lane
McDonough, GA 30253

This 26th day of March, 2019.

> */s/ Bret J. Chaness*
> BRET J. CHANESS (GA Bar No. 720572)